# EXHIBIT 1

H:\RSW\WMB\Clients\Spr Mtn Wynn\Community Bank\Sheriff's Sale\Certificate of Sale Alcova Ridge.wpd

RODNEY S. WOODBURY, ESQ.
Nevada Bar No. 7216
ZACHARIAH B. PARRY, ESQ.
Nevada Bar No. 11677
**WOODBURY, MORRIS & BROWN**
701 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89074
(702) 933-0777
*Attorneys for Defendants*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

COMMUNITY BANK OF NEVADA,

    Plaintiffs,

vs.

SUSAN M. HUNT-KRYGIELL, individually and as trustee of the SUSAN M. HUNT-KRYGIELL REVOCABLE TRUST; DEAN W. RASMUSON, individually and as Trustee of the DEAN RASMUSON TRUST; ANDREW S. LAI, an individual; THREE A INVESTMENTS, LLC, a Nevada limited liability company; SMAK, LLC, a Nevada limited liability company; RIMY, LLC, a Nevada limited liability company; DOES I-X; ROE CORPORATIONS XI-XX, inclusive,

    Defendants.

Case No.    A572559
Dept. No.   VII

RECEIVED
CLARK COUNTY SHERIFF
2010 JAN -5  A 11: 33

**SHERIFF'S CERTIFICATE OF SALE OF REAL PROPERTY**

Under, and by virtue of a writ of execution issued on a judgment entered out of the above entitled Court, on <u>September 16, 2009</u> in favor of WOODBURY MORRIS & BROWN, Judgment Creditor, and against ANDREW S. LAI, Judgment Debtor, the undersigned was commanded to satisfy such judgment, together with interest and costs, out of the real property all of which more fully appears from such writ of execution.

I, Deputy Sheriff of Clark County, State of Nevada, do hereby certify that I have levied on <u>1999 Alcova Ridge Drive, Las Vegas, Nevada 89135</u>, and on December 31, 2009, at 10:30

H:\RSW\WMB\Clients\Spr Mtn Wynn\Community Bank\Sheriff's Sale\Certificate of Sale Alcova Ridge.wpd

1  a.m., caused to be sold at public auction, according to the statutes of the State of Nevada, and after due

2  and legal notice, all the right, title and interest of the Judgment Debtor herein, in and to the following

3  described real property located in the County of Clark, State of Nevada as follows:

4      1999 ALCOVA RIDGE DRIVE, LAS VEGAS, NEVADA 89135, APN 164-02-220-007. LOT 7, BLOCK 3, RED ROCK COUNTRY CLUB AT SUMMERLIN - UNIT 25, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 109 OF PLATS, PAGE 56, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, PLOT BOOK 109, SEC 02 TWP 21 RNG 59.

    SUBJECT TO

    1.    ALL GENERAL AND SPECIFIC TAXES FOR THE CURRENT FISCAL YEAR,

    2.    COVENANTS, CONDITIONS, RESTRICTIONS, RESERVATIONS, RIGHTS, RIGHTS OF WAY AND EASEMENTS NOW OF RECORD,

    3.    SEE ATTACHED AGREEMENT PROVISION - ENDORSEMENT TO AGREEMENT OF SALE,

    TOGETHER WITH ALL TENEMENTS, HEREDITAMENTS AND APPURTENANCES, INCLUDING EASEMENTS AND WATER RIGHTS, IF ANY, THERETO BELONGING OR APPERTAINING, AND ANY REVERSIONS, REMAINDERS, RENTS, ISSUES OR PROFITS THEREOF.

That all of the interest of <u>1999 ALCOVA RIDGE DRIVE, LAS VEGAS, NEVADA 89135</u> was purchased for the sum of TWO HUNDRED FIFTY DOLLARS ($250.00) by WOODBURY, MORRIS & BROWN, who was the highest bidder. That said property is subject to redemption within one year of the date of sale.

Dated this 6th day of Jan 2010.

                                 DOUGLAS GILLESPIE, CLARK COUNTY SHERIFF

                                 By: _____
                                    Deputy Sheriff

COUNTY OF CLARK)                      Lt. Richard Forbus
                  ) SS             Sheriff's Civil Section
STATE OF NEVADA )

On this 6th day of Jan 2010, the above-signed appeared before me, who is

*(Left margin firm block: WOODBURY, MORRIS & BROWN, 701 N. Green Valley Parkway, Suite 110, Henderson, Nevada 89074 ♦ (702) 933-0777 ♦ Fax (702) 933-0778)*

H:\RSW\WMB\Clients\Spr Mtn Wynn\Community Bank\Sheriff's Sale\Certificate of Sale Alcova Ridge.wpd

known to me, and who acknowledged to me that he executed the Sheriff's Certificate of Sale set forth herein, and who acknowledged that the information contained therein is true and that executed his signature thereon freely and voluntarily for the purposes set forth therein.

_____
Notary Public



Page 3 of 3