# EXHIBIT 2

H:\RSW\WMB\Clients\Spr Mtn Wynn\Community Bank\Sheriff's Sale\Certificate of Sale.wpd

CRTF
RODNEY S. WOODBURY, ESQ.
Nevada Bar No. 7216
ZACHARIAH B. PARRY, ESQ.
Nevada Bar No. 11677
**WOODBURY, MORRIS & BROWN**
701 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89074
(702) 933-0777
Attorneys for Defendants

Electronically Filed
08/29/2011 09:55:31 AM

**CLERK OF THE COURT**

## DISTRICT COURT

## CLARK COUNTY, NEVADA

COMMUNITY BANK OF NEVADA,

    Plaintiffs,

vs.

SUSAN M. HUNT-KRYGIELL, individually and as trustee of the SUSAN M. HUNT-KRYGIELL REVOCABLE TRUST; DEAN W. RASMUSON, individually and as Trustee of the DEAN RASMUSON TRUST; ANDREW S. LAI, an individual; THREE A INVESTMENTS, LLC, a Nevada limited liability company; SMAK, LLC, a Nevada limited liability company; RIMY, LLC, a Nevada limited liability company; DOES I-X; ROE CORPORATIONS XI-XX, inclusive,

    Defendants.

Case No.   A572559
Dept. No.  VII

RECEIVED
CLARK COUNTY SHERIFF
2011 AUG 24  A 11:44

### SHERIFF'S CERTIFICATE OF SALE OF PERSONAL PROPERTY

    Under, and by virtue of, a writ of execution issued on June 23, 2011 on a judgment entered in the above-entitled Court in favor of Woodbury, Morris & Brown, Judgment Creditor, and against Defendant Andrew S. Lai, Judgment Debtor, the undersigned was commanded to satisfy such judgment, together with interest and costs, out of the personal property all of which more fully appears from such writ of execution.

    I, Deputy Sheriff of Clark County, State of Nevada, do hereby certify that I have levied on the personal property of Andrew S. Lai and on August 23, 2011 at 10:00 a.m., caused to be sold at public auction, according to the statutes of the State of Nevada, and after due and legal

H:\RSW\WMB\Clients\Spr Mtn Wynn\Community Bank\Sheriff's Sale\Certificate of Sale.wpd

notice, all the right, title and interest in and to the following described personal property:

> All right, title, and interest in and to all claims for relief, causes of action, allegations, assertions, suits, actions, potential recoveries, things in action, choses in action owned by Andrew Lai, individually, including, but not limited to his claims pending against Bank of America as set forth in case number A620509, Woodbury Morris & Brown vs. Bank of America, in the Eighth Judicial District Court in Clark County, Nevada.

That all of the interest of said personal property was purchased for the sum of Fifty Dollars ($50.00) by Zachariah B. Parry, an Agent for Woodbury Morris & Brown, who was the highest bidder.

Dated this 24th day of August, 2011.

DOUGLAS GILLESPIE, CLARK COUNTY SHERIFF

By: _____
Deputy Sheriff

Lt. Richard Forbus
Sheriff's Civil Section

COUNTY OF CLARK )
                ) ss:
STATE OF NEVADA )

On this 24th day of August, 2011, appeared before me, Lt. Richard Forbus, who is known to me, and who acknowledged to me that he/she executed the Sheriff's Certificate of Sale set forth herein, and who acknowledged that the information contained therein is true and that he/she executed his/her signature thereon freely and voluntarily for the purposes set forth therein.



CATHERINE LEVY
Notary Public State of Nevada
No. 01-67766-1
My appt. exp. Feb. 5, 2013

_____
Notary Public

WOODBURY, MORRIS & BROWN
701 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89074
(702) 933-0777 ♦ Fax (702) 933-0778