**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

WOODBURY LAW, LTD.,

           Plaintiff,

    v.

BANK OF AMERICA, *et al.*,

           Defendants.

Case No. 2:15-cv-02247-APG-NJK

**ORDER FOR STATUS REPORT**

On August 8, 2016, the parties filed a notice of settlement and stated that they anticipated filing dismissal documents within approximately 60 days. Nothing has been filed.

IT IS THEREFORE ORDERED that the parties shall file a stipulation to dismiss or a status report on or before November 25, 2016.

DATED this 3rd day of November, 2016.

 

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE