UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WOODBURY LAW, LTD., | Case No. 2:15-cv-02247-APG-NJK |
| Plaintiff, | |
| v. | **ORDER FOR STATUS REPORT** |
| BANK OF AMERICA, *et al.*, | |
| Defendants. | |

On August 8, 2016, the parties filed a notice of settlement and stated that they anticipated filing dismissal documents within approximately 60 days. ECF No. 50.  On November 25, 2016, the parties indicated they needed another 30 to 60 days to finalize settlement. ECF No. 52. However, no stipulation to dismiss has been filed even though more than 90 days have passed.

IT IS THEREFORE ORDERED that the parties shall file a stipulation to dismiss or a status report on or before March 17, 2017.

DATED this 1st day of March, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE