# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WOODBURY LAW, LTD., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-02247-APG-NJK <br><br> **ORDER FOR STATUS REPORT** |

On August 8, 2016, the parties filed a notice of settlement and stated that they anticipated filing dismissal documents within approximately 60 days. ECF No. 50. On November 25, 2016, the parties indicated they needed another 30 to 60 days to finalize settlement. ECF No. 52. On March 17, 2017, the parties indicated they were still finalizing settlement documents. Nothing has been filed since then.

IT IS THEREFORE ORDERED that the parties shall file a stipulation to dismiss or a status report on or before June 30, 2017.

DATED this 1st day of June, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE