# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WOODBURY LAW, LTD., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-02247-APG-NJK <br><br> **ORDER FOR STATUS REPORT** |

In light of the status report (ECF No. 60),

IT IS ORDERED that the parties shall file a stipulation to dismiss or a status report on or before August 18, 2017.

DATED this 30th day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE