Rodney S. Woodbury, Esq.
Nevada Bar No. 7216
**WOODBURY LAW**
50 S. Stephanie Street, Suite 201
Henderson, Nevada 89012
Telephone (702) 933-0777
Facsimile (702) 933-0778
rod@woodbury-law.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WOODBURY LAW, LTD., a Nevada professional corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a national banking association; BANK OF NEW YORK MELLON CORPORATION, a Delaware corporation; BAC HOME LOANS SERVICING, LP, a Texas limited partnership; THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-59 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-59, an entity; ALTERNATIVE LOAN TRUST 2005-59 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-59, an entity; NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; SELECT PORTFOLIO SERVICING, INC., a Utah corporation; ANDREW S. LAI, an individual; DOES 1-100; ROE ENTITIES 1-100.<br><br>Defendants. | Case No. 2:15-cv-02247-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff WOODBURY LAW, LTD. ("Plaintiff") and Defendants SELECT PORTFOLIO SERVICING, INC., NATIONAL DEFAULT SERVICING CORPORATION, and BANK OF NEW YORK MELON, fka THE BANK OF NEW YORK, for itself and as Trustee for THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-59, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-59 (erroneously named as Bank

of New York Mellon Corporation, a Delaware Corporation and The Certificateholders CWALT, Inc. Alternative Loan Trust 2005-59 Mortgage Pass-Through Certificates, Series, 2005-59, an entity) (collectively, "Defendants"), by and through their undersigned counsel of record, hereby stipulate to the dismissal with prejudice of any an all claims and counterclaims against each other in the above-captioned action, with each party to bear its own attorneys' fees and costs. A trial date has not been scheduled in this matter.

DATED this 14th day of December, 2017.

| /s/ Rodney S. Woodbury | /s/ Dana J. Nitz, Esq. |
|---|---|
| Rodney S. Woodbury, Esq.<br>Nevada Bar No. 7216<br>WOODBURY LAW, LTD.<br>50 S. Stephanie Street, Suite 201<br>Henderson, NV 89012<br>*Attorneys for Plaintiff* | Dana J. Nitz, Esq.<br>Nevada Bar No. 0050<br>WRIGHT, FINLAY & ZAK<br>*Attorneys for Defendants SELECT PORTFOLIO SERVICING, INC., NATIONAL DEFAULT SERVICING CORPORATION, and THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK, for itself and as Trustee for THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-59, MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-59* |

**IT IS SO ORDERED.**

Dated: December 21, 2017.

Respectfully submitted by:

**WOODBURY LAW**

/s/ Rodney Woodbury

Rodney S. Woodbury, Esq.
Jordan B. Peel, Esq.
50 S. Stephanie Street, Suite 201
Henderson, Nevada 89012
*Attorneys for Plaintiff*

_____
UNITED STATES DISTRICT JUDGE